IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY, <br><br> Interpleader Plaintiff, <br><br> v. <br><br> MAUREEN MCCARTHY; JENNIFER CHILDE; ALEXANDRA STOLFE; ANDREW SOLFE; and Guardian of B.S., a minor, <br><br> Interpleader Defendants | Case No. 20-CV-4343 |

## AGREED MOTION TO WITHDRAW MAUREEN McCARTHY, ALEXANDRA STOLFE AND ANDREW STOLFE'S MOTION TO WITHDRAW MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE

Defendants/Cross-Plaintiffs, Maureen McCarthy, Alexandra Stolfe, and Andrew Stolfe (the "McCarthy Defendants"), with the agreement of the Parties, move to withdraw their Motion for Summary Judgment without prejudice, and in support thereof, state as follows:

1. The McCarthy Defendants filed their Motion for Summary Judgment on September 29, 2021, before the completion of discovery in this case.

2. The parties have consulted regarding the Motion, and have agreed that the Motion should be withdrawn without prejudice so as to allow the parties time to conduct additional discovery.

3. This motion is not made for the purpose of delaying this matter, and is made without prejudice to any party's right to file/refile their motion for summary judgment in accordance with this Court's trial schedule.

Respectfully submitted,

Maureen McCarthy, Alexandra Stolfe and Andrew Stolfe

By: /s/ Mark L. Evans_____
      Their attorneys

Mark L. Evans (ARDC #6292784)
LEVIN GINSBURG
180 North LaSalle Street, Suite 3200
Chicago, Illinois 60601-2800
Telephone: (312) 368-0100
Facsimile: (312) 368-0111
mevans@lgattorneys.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2021, I electronically filed the referenced documents with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system, which sent notification of such filing to the following registered CM/ECF participants:

**Attorney for the McCarthy Defendants**
Enrico Mirabelli
Beermann, LLP
161 N. Clark St., Ste 3000
Chicago, IL 60601
(312) 621-9700
Ejmirabelli@beermannlaw.com


**Attorney for B.S.**
Megan Mae Mathias
Lopp Mathias Law
1030 W. Chicago Avenue
Chicago, IL 60642
(312) 761-4172
megan@loppmathiaslaw.com


**Attorney for Jennifer Childe**
Stanley A. Kitzinger
Nathan P. Karlsgodt
McKnight & Kitzinger, LLC
805 North Milwaukee Avenue, Suite 400
Chicago, Illinois 60642
(312) 463-9400
skitzinger@mcknightkitzinger.com
nkarlsgodt@mcknightkitzinger.com


                                                      /s/Mark L. Evans